IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JIMMY QUIROZ BALDWIN
also known as
Calamaco,

   Defendant.

CRIMINAL FILE NO.
1:08-CR-363-12-TWT

## ORDER

This is a pro se Motion to Vacate Sentence. It is before the Court on the Report and Recommendation [Doc. 728] of the Magistrate Judge recommending denying the motion. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, most of the Defendant's claims are refuted by the record of the plea hearing and colloquy. The others are subject to the appeal waiver. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Vacate Sentence [Doc. 690] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 26 day of November, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge