IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:08-CR-363-19-TWT |
| JUAN G. VIRAMONTES also known as Maldito, | |
| Defendant. | |

## ORDER

This is a criminal action. The Defendant was charged with conspiracy to commit money laundering. The evidence at trial showed that he drove a truck for a drug trafficking organization that transported large quantities of cash from the United States to Mexico. He was convicted and sentenced to 20 years in prison. It is before the Court on the Report and Recommendation [Doc. 745] of the Magistrate Judge recommending denying the pro se Defendant's Motion to Vacate Sentence [Doc. 705]. The Defendant's claims of ineffective assistance of counsel are totally without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 705] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 17 day of April, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge